UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-21676-UU

WINDY LUCIUS,

     Plaintiff,

v.

BJ'S RESTAURANTS, INC.,

     Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, WINDY LUCIUS, and Defendant, BJ'S RESTAURANTS, INC., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal without prejudice of this civil action. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: May 29, 2020

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Monica L. Irel* |
| J. Courtney Cunningham, Esq. | Monica L. Irel, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | DENTONS US LLP |
| FBN: 628166 | FBN: 0142395 |
| 8950 SW 74th Court | Capital Plaza |
| Suite 2201 | 10700 N. Kendall Dr, Suite #303 |
| Miami, Florida 33156 | Miami, FL 33176 |
| T: 305-351-2014 | T: 305-670-4843 |
| cc@cunninghampllc.com | monica.irel@dentons.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 29, 2020, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system.

_/s/ J. Courtney Cunningham_
J. Courtney Cunningham, Esq.