UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-21676-UU

WINDY LUCIUS,

    Plaintiff,

v.

BJ'S RESTAURANT INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon the parties' Joint Stipulation of Dismissal Without Prejudice.  D.E. 10.  The Court has considered the pertinent portions of the record and is otherwise fully advised in the premises.  It is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the case is DISMISSED WITHOUT PREJUDICE, with each party bearing its own attorneys' fees and costs.  It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case.  All future hearings and deadlines are CANCELLED, and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _1st_ day of June, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record